# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 760 MAL 2015

             Respondent             :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Superior Court

             v.                    :

BRYAN WAYNE BRACKBILL JR.,      :

             Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.